UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERCIA,

    Plaintiff,

v.                                                             Case No. 17-20451
                                                              Honorable Victoria A. Roberts

KENNETH CHUN,

    Defendant.

_____/

## ORDER

The Court reviewed the Forensic Psychological Report on Kenneth Chun prepared and submitted by Jacob X. Chavez, Clinical Psychologist at the U. S. Medical Center ("Medical Center") for Federal Prisoners, Springfield, Missouri.

Mr. Chun has been under the care of Dr. Chavez since he arrived at the facility on April 2, 2018.

The Court also reviewed the Certificate of Competency signed by M.D. Smith, Warden of the Medical Center. The Warden certifies that Mr. Chun is able to understand the nature and consequences of the proceedings against him and to assist in the defense of the claims brought against him by the United States.

Based on these submissions, the Court's review, and the fact that Mr. Chun was on bond and self-reported to the Medical Center, the Court authorizes Mr. Chun's immediate release to the custody of his wife.

The Court **CANCELS** the telephone conference scheduled for Tuesday, August 7, 2018 at 10:00 am. Instead, counsel is ordered to contact the Court's Case Manager,

Carol Pinegar, to schedule the hearing the Court is now required to hold pursuant to 18 U.S.C. 4241 § (e) to determine Mr. Chun's competency.

    **IT IS ORDERED**.

s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: 8/6/18