UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.	Case No. 17-20451
	Honorable Victoria A. Roberts

KENNETH CHUN,

    Defendant.
_____/

# ORDER DENYING MOTION FOR RECONSIDERATION AND REHEARING OF THE COURT'S ORDER FINDING DEFENDANT COMPETENT TO STAND TRIAL [ECF. NO. 90]

Defendant filed the above entitled motion.

For reconsideration to be granted, the requesting party must demonstrate a palpable defect by which the court and parties have been misled and show that correcting the defect will result in a different disposition.  LR 7.1(h)(3).

This motion presents the same issues already ruled upon by the Court, based on a preponderance of the evidence.  No defect is presented by which the Court and parties were misled.  No correction is warranted.

The motion is **DENIED**.

**ORDERED**.

                                                  s/ Victoria A. Roberts
                                                Victoria A. Roberts
                                                United States District Judge

Dated: 12/23/19